**Order entered December 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00589-CV

### ESTATE OF ALAN MORGAN HUMPHREY, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-2943-3**

## ORDER

In light of our December 15, 2015 letter directing appellant to file an amended brief that complies with the Texas Rules of Appellate Procedure, we **DENY** appellees' December 9, 2015 joint motion to strike appellant's brief.

/s/     CRAIG STODDART
           JUSTICE